1 | H. Paul Efstratis, Esq. SBN 242373
2 | Kristina O. Lambert, Esq. SBN 290403
    Taylor F. Sullivan, Esq. SBN 297014
3 | LECLAIRRYAN, LLP
    44 Montgomery Street
4 | Suite 3100
    San Francisco, CA 94104
5 | TELEPHONE: 415.391.7111
    FAX: 415.391.8766

Attorneys for Defendant
Ford Motor Company

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN YOUDERS AND MICHELLE L. YOUDERS,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; LITHIA FORD LINCOLN OF FRESNO;  AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | **Civil Action No.:**<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTION 1441(b) (Diversity Jurisdiction)**<br><br>*Complaint Filed:  April 17, 2018*<br>*Trial Date:  not set yet* |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

   **PLEASE TAKE NOTICE THAT** Defendant FORD MOTOR COMPANY ("Defendant"), hereby removes to this District Court the state action currently pending in the SACRAMENTO County Superior Court of California, described more fully below.

   This case is related to numerous cases coordinated in a multidistrict litigation, In re: Ford Motor Co. DPS6 PowerShift Transmission Products Liability Litigation, MDL No. 2814, pending in the Central District of California before the Honorable André Birotte Jr.  Each of the plaintiffs here and in the MDL alleges

1

breach of warranty obligations by Defendant FORD MOTOR COMPANY regarding a dual-dry clutch PowerShift synchronized 6-speed (DPS6) automatic transmission installed in a Ford Focus or Ford Fiesta—and each alleges a claim of fraud in some manner regarding the DPS6 transmission.  Ford denies these allegations.  Ford anticipates that this case will be included in the MDL.

Issues to be presented to the MDL judge for common and consistent adjudication include jurisdictional questions that involve, in some cases, whether California dealership defendants have been improperly joined.

## PLEADINGS

1. On April 17, 2018, a complaint ("Complaint") was filed in the Superior Court of the State of California in and for the County of SACRAMENTO entitled, *Bryan Youders and Michelle L. Youders v. Ford Motor Company; Lithia Ford Lincoln of Fresno; and Does 1 through 10, inclusive*, as Case Number 34-2018-00231305.  ***A true and accurate copy of the Complaint is attached hereto as Exhibit "A."***

## TIMELINESS OF REMOVAL

2. Defendant FORD MOTOR COMPANY was served a copy of the Complaint in this matter on April 27, 2018.  Defendant's removal is timely under 28 U.S.C. § 1446(b) as it is being filed within 30 days of receipt by Defendant, through service or otherwise, of a copy of the pleading from which it may be ascertained that the case is removable.  ***A true and accurate copy of the Notice of Service of Process for the Complaint is attached hereto as Exhibit "B."***

## DIVERSITY JURISDICTION

3. In addition, this is a civil action of which this District Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this District Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that this action involves a controversy between citizens of different

1  states and the matter in controversy exceeds the sum of $75,000.00, exclusive of
2  interest and costs, as described below.
3    4.   At the time of the filing of this action and the filing of this Notice of
4  Removal, the Plaintiffs were and are residents of the County of TULARE, State of
5  California and were and are, therefore, citizens of the State of California.  (*See* Exh.
6  "A" (Complaint, paragraphs marked "Preliminary Statement.")).
7    5.   At the time of the filing of this action and the filing of this Notice of
8  Removal, Defendant FORD MOTOR COMPANY is incorporated in and a citizen
9  of Delaware.  Defendant FORD MOTOR COMPANY is also incorporated in and a
10 citizen of Michigan, with a Principal Place of Business in Dearborn, Michigan.  As
11 such, Defendant FORD MOTOR COMPANY is not a citizen of California, but a
12 citizen of Delaware and Michigan.  Lithia Ford Lincoln of Fresno, upon
13 information and belief, is a citizen of the State of California, but it has no real
14 interest in this matter as it is being indemnified by FORD MOTOR COMPANY.
15 Further, there is no cause of action pleaded in the Complaint that is directed to the
16 dealership.  As a consequence, Lithia Ford Lincoln of Fresno is fraudulently joined
17 and/or is a nominal defendant for the purposes of diversity analysis.
18   6.    Therefore, complete diversity of citizenship exists because Plaintiffs
19 reside in, and are citizens of California; and the substantive Defendant in this action
20 is incorporated in Delaware with its Principal Place of Business in Dearborn,
21 Michigan, making it a citizen of Delaware and Michigan, and not California.
22   7.   At issue is Plaintiff's claim of breach of warranty pursuant to the
23 Song-Beverly Consumer Warranty Act.  The Complaint alleges that the "Plaintiff
24 suffered damages in a sum to be proven at trial in an amount that exceeds $25,000."
25 (*See* Exh. "A" (Complaint, First Cause of Action.))  In the same Cause of Action,
26 the Plaintiff claims to be entitled to "a civil penalty of two times Plaintiff's actual
27 damages."  Id.  The Complaint itself demands damages that exceed the $75,000
28

1  amount in controversy required to establish jurisdiction in the United States District
2  Court.  28 U.S.C. § 1441(b).
3      8.   The instant complaint is one of hundreds of Complaints filed in two
4  California counties by the same law firm.  Liability is pleaded as five counts
5  constituting violations of Song-Beverly and two counts constituting fraud (in the
6  inducement and in the omission).  The Complaints seek the following by way of *ad*
7  *damnum* clause: Plaintiff's actual damages; restitution; civil penalty pursuant to
8  Song-Beverly of two times the cost of the vehicle; costs of suit and attorneys' fees
9  pursuant to Song-Beverly; any other remedies available under Song-Beverly, the
10 UCC, or any other remedy the court deems proper; prejudgment interest; and,
11 punitive damages related to the fraud counts.

## **INTRADISTRICT ASSIGNMENT**

13     9.   The United States District Court for the EASTERN District of
14 California embraces the district and division in which the SACRAMENTO state
15 court action is now pending, and thus this Court is a proper venue for the action
16 pursuant to 28 U.S.C. § 84 (c)(1).

## **NOTICE TO STATE COURT**

18     10.  Pursuant to 28 U.S.C. § 1446(d), the undersigned counsel hereby
19 certifies that a true and correct copy of this Notice of Removal will be promptly
20 filed with the Clerk of the Superior Court of the State of California, County of
21 SACRAMENTO, and served upon all adverse parties.
22     **WHEREFORE**, Defendant hereby notifies Plaintiffs and their attorneys that
23 the above-entitled action, formerly pending in the SACRAMENTO County
24 Superior Court has been removed from that court to this Court.
25 ///
26 ///
27 ///
28

DATED: May 24, 2018              LECLAIRRYAN, LLP

                        By:    /s/ H. Paul Efstratis
                               H. Paul Efstratis, Esq.
                               Kristina O. Lambert, Esq.
                               Taylor F. Sullivan, Esq.
                               Attorneys for Defendant
                               FORD MOTOR COMPANY

DATED: May 24, 2018              LECLAIRRYAN, LLP

                        By:    /s/ Kristina O. Lambert
                               H. Paul Efstratis, Esq.
                               Kristina O. Lambert, Esq.
                               Taylor F. Sullivan, Esq.
                               Attorneys for Defendant
                               FORD MOTOR COMPANY

DATED: May 24, 2018              LECLAIRRYAN, LLP

                        By:    /s/ Taylor F. Sullivan
                               H. Paul Efstratis, Esq.
                               Kristina O. Lambert, Esq.
                               Taylor F. Sullivan, Esq.
                               Attorneys for Defendant
                               FORD MOTOR COMPANY